IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RUSSELL D. BALCH,**

    **Plaintiff,**

  **vs.**                                      **Civil Action 2:08-CV-976**
                                                **Judge Holschuh**
                                                **Magistrate Judge King**

**OHIO DEPARTMENT OF CORRECTIONS,**
*et al.*,

    **Defendants.**

## ORDER

On October 20, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the defendant state agencies be dismissed from this action. Plaintiff was specifically advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so. There has nevertheless been no objection to the *Report and Recommendation*. Instead, on November 10, 2008, Plaintiff filed an Amended Complaint in which he again listed numerous state agencies as defendants.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** For the reasons stated in the Report and Recommendation, the defendant state agencies are **DISMISSED** from this action.

Plaintiffs' claims against the individuals named in the Amended Complaint remain pending. The Court expresses no opinion regarding the merits of those claims.

Date: November 17, 2008                    **/s/ John D. Holschuh**
                                                     John D. Holschuh, Judge
                                                     United States District Court