IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RUSSELL D. BALCH,**

    **Plaintiff,**

    v.                          Case No. 2:08-CV-976
                                  Judge Holschuh
                                  Magistrate Judge King

**OHIO DEPARTMENT OF
REHABILITATION & CORRECTION,** *et al.,*

    **Defendants.**

## ORDER

On June 21, 2010, the United States Magistrate Judge issued an *Order and Report and Recommendation* denying certain motions of the parties and recommending that defendants' motion for judgment on the pleadings be granted.  *Order and Report and Recommendation*, Doc. No. 66.  Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, *id.*, there has nevertheless been no objection.

The recommendation of the Magistrate Judge is **ADOPTED and AFFIRMED**.  Defendants' motion for judgment on the pleadings, Doc. No. 62, is **GRANTED**.

This action is **DISMISSED** and the Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date:   July 14, 2010                             **/s/ John D. Holschuh**
                                                      John D. Holschuh, Judge
                                                      United States District Court